EUGENE WIDHOFF, Respondent, v. MARVIN C. MYERSON, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $5,118.60; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN B. KEPNER, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

HARRIETT GROSS, Suing on Her Own Behalf, and on Behalf of All Other Stockholders of PREMIER AMUSEMENTS CORPORATION, Respondent, v. PREMIER AMUSEMENTS CORPORATION and Others, Appellants.— Judgment unanimously modified by reducing allowance to plaintiff's attorneys to the sum of $500, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Transfer Tax upon the Estate of MORTON WOLLMAN, Deceased. BANKERS TRUST COMPANY, Successor Trustee, etc., of MORTON WOLLMAN, Deceased, and Others, Appellants; STATE TAX COMMISSION, Respondent.— Orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ. [172 Misc. 460.]

DAVID ROTTENSTREICH, Appellant, v. EMANUEL SILVER and Others, Defendants, Impleaded with WALSH CONSTRUCTION Co., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

KEE CONTRACTING CORPORATION, Appellant, v. EASTERN TRANSPORTATION COMPANY and Another, Defendants, Impleaded with SPEARIN, PRESTON & BURROWS, INC., and Another, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

MATHIAS SCHMITT and ANTONETTE SCHMITT, Respondents, v. SOPHIE HEILBRONNER, Defendant, Impleaded with THE GERMAN SOCIETY OF THE CITY OF NEW YORK, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

ALICE BOLLINGER and FREDERICK BOLLINGER, Respondents, v. ARTHUR DRACHSLER, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless plaintiffs stipulate to reduce the judgment as entered in favor of the plaintiff Alice Bollinger to the sum of $1,000, and in favor of the plaintiff Frederick Bollinger to the sum of $250; in which event the judgment as so modified is affirmed, without costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.; Glennon and Cohn, JJ., dissent and vote to affirm.— Settle order on notice.